# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| RICKEY JACKSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:03CV00160 ERW |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion. This case involves property seized from plaintiff by the government on May 22, 1998. Plaintiff recently filed a pro se motion, which was docketed in this case, for return of property seized from plaintiff by the government on June 3, 1998. See Docket Entry No. 95. After reviewing motion, the Court has determined that it should be filed as a new case. As a result, the Court will order that docket entries 95 and 100 be stricken from the record and be filed as a new case.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall strike docket entries 95 and 100 from the record and file them as a new case.

Dated this 1st Day of March, 2007.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE